**SODW**
**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
kidde@hallevans.com
*Attorneys for Defendants*

**HALL & EVANS, LLC**
**1160 North Town Center Drive**
**Suite 330**
**Las Vegas, Nevada 89144**
**(702) 998-1022**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDY COKER, individually,

Plaintiff,

v.

DOLLAR TREE STORES, INC., a Virginia corporation d/b/a DOLLAR TREE STORE #3640; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO.: 2:26-cv-00771-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties to the above-entitled action, Defendant DOLLAR TREE STORES, INC., by and through its counsel of record, HALL & EVANS, LLC; and Plaintiff BRANDY COKER, by and through her counsel of record, HENNESS & HAIGHT, that this matter shall be dismissed with prejudice, in its entirety, with each party to bear their own fees and costs.

///

///

///

IT IS FURTHER STIPULATED by and between the parties that the Jury Trial and any other hearing dates may be vacated.

IT IS SO STIPULATED.

DATED this 15th day of September, 2026.

**HALL & EVANS, LLC**

*/s/ Kurt R. Bonds*___________
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
E. DANIEL KIDD, ESQ.
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant*

DATED this 15th day of September, 2026.

**HENNESS & HAIGHT**

*/s/ Eric A. Ciarolla*__________
MICHAEL D. HAIGHT, ESQ.
Nevada Bar No. 5654
GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 13235
ERIC A. CIAROLLA, ESQ.
Nevada Bar No. 15395
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**ORDER**

Upon Stipulation of the Parties, and Good Cause Appearing Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced matter is dismissed, with prejudice, each party to bear their own fees and costs.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Jury Trial and any applicable dates on the Court's Calendar are hereby vacated.

**DATED:** September 16, 2026

______________________________
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022